**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* JUNE P BRINSON, *et al.*,<br>    Plaintiffs,<br><br>    v.<br><br>UNIVERSAL HEALTH SERVICES INC., *et al.*,<br>    Defendants. | CIVIL ACTION<br>No. 2:14-cv-07275-AB |
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* TIFFANY MITCHELL,<br>    Plaintiffs,<br><br>    v.<br><br>UNIVERSAL HEALTH SERVICES INC., *et al.*,<br>    Defendants. | CIVIL ACTION<br>No. 2:15-cv-00259-AB |
| UNITED STATES OF AMERICA, *ex rel.* CARRIE EBORALL,<br>    Plaintiffs,<br><br>    v.<br><br>UNIVERSAL HEALTH SERVICES INC., *et al.*,<br>    Defendants. | CIVIL ACTION<br>No. 2:17-cv-03249-AB |
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* DEBRA CONAWAY, *et al.*,<br>    Plaintiffs,<br><br>    v.<br><br>UNIVERSAL HEALTH SERVICES INC., *et al.*,<br>    Defendants. | CIVIL ACTION<br>No. 2:17-cv-02233-AB |

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* WAYNE BROCKMAN, *et al.*, <br>    Plaintiffs, <br><br> v. <br><br> UNIVERSAL HEALTH SERVICES INC., *et al.*, <br>    Defendants. | CIVIL ACTION <br> No. 2:17-cv-05350-AB |
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* SHERALYN CHISHOLM, <br>    Plaintiffs, <br><br> v. <br><br> UNIVERSAL HEALTH SERVICES INC., *et al.*, <br>    Defendants. | CIVIL ACTION <br> No. 2:17-cv-01892-AB |

## **NOTICE**

**AND NOW**, this 3rd day of August 2020, the Court will conduct a telephonic status conference on **August 3, 2020,** at **10:30 a.m**.  Counsel for the Defendant will initiate the teleconference and provide call in information to all parties via e-mail.

                                        S/JOSEPH B. WALTON_____
                                        JOSEPH B. WALTON,
                                        CIVIL DEPUTY TO
                                        HONORABLE ANITA B. BRODY